# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| **CAROLYN FRANCIS MEADOR** ) | **CASE NO.  10-00003-TLM** |
| ) | |
| ) | |
| _____Debtor(s) ____) | |

### ORDER OF DISMISSAL

This matter coming on for hearing on Confirmation and Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, having made an oral Motion to Dismiss and the court having ordered that the debtor was to file an amended plan by March 26, 2010 or the Trustee could pursue her Motion to Dismiss and the Debtor having failed to make any payments or file an Amended Plan and the court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed. //end of text//

DATED:  April 6, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE


**Submitted by:**
__/s/_____
**Kathleen A. McCallister**
**Chapter 13 Trustee**